

April 2, 2018

███████████████

Hammond IN  46324-1722

Re:    *Malibu Media, LLC vs. John Doe 1-1, Civil Action No. 1:18-cv-00452;*
       **Subpoena and Court Order to Provide Customer Information**

Dear ███████████,

IMPORTANT NOTICE REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY

We have received a subpoena in the above referenced case to disclose certain customer information (name and address) associated with IP Address 75.118.218.40, used on September 12, 2017, as further described in the subpoena issued to us by Media Litigation Firm, P.C.  This subpoena was issued to us in accordance with a court order signed by Judge Charles P Kocoras.  We have included with this letter a copy of the subpoena and related court order.

WOW! is not a party to this lawsuit and has taken no part in this filing.  However, we are legally required to respond to the subpoena. We cannot provide legal advice to you on this matter.

In accordance with the court order, if you wish to quash the subpoena, you must do so two (2) business days before the return date of the subpoena, which has been extended to **April 27, 2018**.  Please be advised that unless WOW! is served with a motion to quash on or before **April 25, 2018**, we intend to provide the requested information.  If you plan to take action to modify or quash the subpoena before we respond, the motion can be served upon WOW! via fax number 630-536-3108, and we will withhold our response pending the court's consideration of your motion.

Sincerely

*Traci Hart*

Traci Hart
Compliance Specialist II
WOW! Internet, Cable and Phone