# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                              Case No.: 1:18−cv−00452
                                                   Honorable Charles P. Kocoras

John Doe

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 24, 2018:

        MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Motion to Quash the Subpoena [11] is granted. Motion hearing set for 5/1/2018 is stricken. Status hearing is set for 7/5/2018 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.